UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIEL L. FLAMM, Sc.D.<br><br>    Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG SEMICONDUCTOR,<br>INC.; and SAMSUNG AUSTIN<br>SEMICONDUCTOR, LLC,<br><br>    Defendants. | Case No. 1:15-cv-00613-LY |

## COURTESY NOTICE

Plaintiff Daniel L. Flamm, Sc.D., hereby submits this notice as a matter of courtesy to apprise the Court of two developments in the *Lam v. Flamm* (Case No. 5:15-cv-01277-BLF) action that is pending in the United States District Court for the Northern District of California.

First, Judge Freeman has moved the hearing date for Dr. Flamm's motion to stay that action from May 12, 2016, to March 24, 2016.  (Dkt. No. 63.)

Second, Dr. Flamm filed a motion to dismiss Lam's Second Amended Complaint.  (Dkt. No. 64.)  That motion is scheduled to be heard by Judge Freeman on June 9, 2016.  (Dkt. No. 65.)

February 2, 2016                                   Respectfully submitted,

                                          /s/ Todd M. Bellaire
                                         Todd M. Bellaire
                                         Texas State Bar No. 24069360
                                         McKool Smith, P.C.
                                         300 W. 6th Street, Suite 1700
                                         Austin, Texas 78701
                                         Telephone: (512) 692-8732
                                         Facsimile: (512) 692-8744

-and-
Andrew W. Spangler
(Spangler@Spanglerlaw.com)
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
- and –
Rolf O. Stadheim (*pro hac vice*)
(Stadheim@Stadheimgrear.com)
George C. Summerfield (*pro hac vice*)
(Summerfield@Stadheimgrear.com)
Robert M. Spalding (*pro hac vice*)
(Spalding@Stadheimgrear.com)
STADHEIM & GREAR, LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

*Counsel for Plaintiff Daniel L. Flamm*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(a)(3) on February 2, 2016.

                                                                         /s/ Todd M. Bellaire
                                                                         Todd M. Bellaire