FILED
2016 FEB -8  AM 9:27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIEL L. FLAMM, Sc.D.<br><br>　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG SEMICONDUCTOR,<br>INC.; and SAMSUNG AUSTIN<br>SEMICONDUCTOR, LLC,<br><br>　　　Defendants. | Case No. 1:15-cv-00613-LY<br><br>JURY TRIAL DEMANDED |

## SCHEDULING ORDER

On January 19, 2016, the Court called the above-styled case for an Initial Pretrial Conference, and the parties appeared through counsel. This Order memorializes the procedure and schedule that was discussed at that hearing and as subsequently agreed upon by the parties.

This Order is rendered pursuant to the Local Rules of the United States District Court for the Western District of Texas, *see* W.D. Tex. Civ. R. CV-1(e), and the Court's general power to establish and enforce a schedule in cases before it, *see* Fed. R. Civ. P. 26-37. If a provision of this Order is in conflict with a provision of any rule, this Order shall take precedence.

IT IS ORDERED that the stay that was previously imposed by the Court remains in place except that it is lifted for the limited purpose of complying with this Order.

IT IS FURTHER ORDERED that the following schedule shall govern this case, pending further orders of this Court:

1.　On or before February 18, 2016, Plaintiff shall serve his initial infringement contentions.

2.　On or before April 4, 2016, Defendants shall serve their initial invalidity contentions.

3.  On or before April 15, 2016, the parties shall identify and exchange claim terms for which they will seek construction by the Court.

4.  On or before May 3, 2016, the parties shall exchange proposed constructions for any claim terms identified on April 15, 2016.

5.  On or before May 10, 2016, the parties shall meet and confer to arrive at a joint list of claim terms for construction and any joint proposed constructions.

6.  On or before May 23, 2016, the parties shall submit a joint claim construction statement. The statement shall include a claim-construction chart identifying for each term requiring construction: (a) the patent(s) and asserted claim(s) in which the term appears; (b) the language of the term; (c) each party's proposed construction for the term; and (d) the intrinsic and extrinsic evidence that each party contends supports its proposed construction. The statement shall also identify any terms for which the parties have agreed to a proposed construction.

7.  On or before June 17, 2016, the parties shall file their opening claim construction briefs.

8.  On or before July 22, 2016, the parties shall file their responsive claim construction briefs.

9.  The parties shall complete all claim construction discovery by July 8, 2016.

10.  A technology tutorial for the Court is set at 9:30 a.m. on May 26, 2016, at the United States Courthouse, Courtroom 7, 501 West Fifth Street, Austin, Texas.

11.  A claim construction hearing is set for 9:00 a.m. on August 4, 2016, at the United States Courthouse, Courtroom 7, 501 West Fifth Street, Austin, Texas.

SIGNED this 8th day of February, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE